**[J-19-2021]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**


| | | |
|---|---|---|
| KENNETT CONSOLIDATED SCHOOL DISTRICT | : | No. 63 MAP 2020 |
| | : | |
| | : | Appeal from the Order of |
| | : | Commonwealth Court at No. 253 CD |
| v. | : | 2019 dated February 28, 2020 |
| | : | affirming the Order of the Chester |
| | : | County Court of Common Pleas, |
| CHESTER COUNTY BOARD OF | : | Civil Division, at No. 17-10895-AB |
| ASSESSMENT APPEALS, CHESTER | : | dated February 4, 2019. |
| COUNTY, PA | : | |
| | : | ARGUED: April 13, 2021 |
| | : | |
| APPEAL OF: PROPERTY OWNER | : | |
| AUTOZONE DEVELOPMENT CORP. | : | |


## ORDER


**PER CURIAM**                                    **DECIDED: September 22, 2021**

AND NOW, this 22nd day of September, 2021, the appeal is dismissed as having

been **IMPROVIDENTLY GRANTED**.